ELLEN M. MAHAN
Deputy Section Chief
JAMES R. MacAYEAL
Trial Attorney
District of Columbia Bar No. 474664
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 616-8777
E-mail: jamie.macayeal@usdoj.gov

DENNIS K. BURKE
United States Attorney
JANET K. MARTIN
Assistant United States Attorney
Arizona State Bar No. 6014
District of Arizona
405 W. Congress Street, Suite 4800
Tucson, AZ  85701-5040

Attorneys for Plaintiff United States

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br> v.<br><br>CALPORTLAND COMPANY, a<br><br>California Corporation,<br><br>   Defendant. | Case No.<br><br><br>NOTICE OF LODGING OF<br>CONSENT DECREE |

  PLEASE TAKE NOTICE that the United States has lodged with the Court the attached Consent Decree.

A motion to enter the Consent Decree by the United States and entry of this Consent Decree by the Court, however, are subject to the requirements of 28 C.F.R. § 50.7, which provides for notice of the lodging of this Consent Decree in the Federal Register, opportunity for public comment for at least 30 days, and consideration of any comments prior to entry of the Consent Decree by the Court. The United States reserves the right to withdraw consent to this Consent Decree based on comments received during the public notice period. Following the expiration of the comment period, if the United States moves for entry of the Consent Decree, in light of public comments, the United States will forward any comments to the Court for consideration and will respond to the comments.

Accordingly, the United States requests that the Court defer signing the Consent Decree in this matter until after expiration of the public comment period and pending a motion to enter the decree.

Dated: September 23, 2010                Respectfully submitted,

ELLEN M. MAHAN
Deputy Section Chief
Environmental Enforcement Section
United States Department of Justice


 /s/ James R. MacAyeal
JAMES R. MacAYEAL
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources
    Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 616-8777
Facsimile: (202) 514-2583
jamie.macayeal@usdoj.gov

```
                                      DENNIS K. BURKE
                                      United States Attorney
                                      JANET K. MARTIN
                                      Assistant United States Attorney
                                      Arizona State Bar No. 6014
                                      District of Arizona
                                      405 W. Congress Street, Suite 4800
                                      Tucson, AZ  85701-5040
                                      (520) 620-7300

OF COUNSEL:
KARA CHRISTENSON
United States Environmental Protection Agency
Region IX
75 Hawthorne Street
San Francisco, CA  94105

TAHANI RIVERS
United States Environmental Protection Agency
1200 Pennsylvania Avenue, NW
Washington, DC 20460
```